UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

Above it All Roofing & Construction, Inc.,

    Plaintiff(s),

vs.                                          Case Number: 16-cv-00770-GKF-FHM

Security National Insurance Company,

    Defendant(s).

## SETTLEMENT CONFERENCE REPORT

On 11/27/2018, a Settlement Conference was held in the captioned matter.

[X]     The litigation was settled; within _10_ days of the date hereof, the Plaintiff and Defendant shall file:

        --   a Stipulation of Dismissal
            OR
        --   Agreed Judgment and
            Motion to Enter Agreed Judgment

[ ]     The litigation was not settled.

[ ]     Settlement negotiations are pending. The parties are to phone the undersigned by _:__ p.m. on _____, 2018.

DATED: 11/27/2018.

_____
Patrick H. Kernan
Adjunct Settlement Judge