**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ABOVE IT ALL ROOFING & CONSTRUCTION, INC., | ) ) ) |
| Plaintiff, | ) Case No. 16-CV-00770-GKF-FHM ) Judge Gregory K. Frizzell |
| vs. | ) ) |
| SECURITY NATIONAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

**JOINT STIPULATION OF DIMISSAL WITH PREJUDICE**

Pursuant to the Settlement Conference Report filed on November 27, 2018 (Doc. No. 81), Plaintiff, Above It All Roofing & Construction, Inc. ("**Plaintiff**"), and Defendant, Security National Insurance Company ("**Defendant**"), submit this Joint Stipulation of Dismissal with Prejudice based upon the settlement agreement reached by the parties. Plaintiff and Defendant stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully Submitted,

**WILBURN, MASTERSON & HAMPTON**


By *s/Amy E. Hampton*
**MICHAEL J. MASTERSON, OBA# 5769**
**AMY E. HAMPTON, OBA # 20235**
2421 E. Skelly Dr.
Tulsa, OK  74105-6006
(918) 494-0414
FAX: (918) 493-3455
E-Mail:mike.masterson@wilburnmasterson.com
amy.hampton@wilburnmasterson.com
Attorney for Plaintiff

        *s/George W. Dahnke*
**GEORGE W. DAHNKE**
Doerner, Saunders, Daniel & Anderson
105 N. Hudson Ave., Ste. 1000
Oklahoma City, OK 73102
Telephone: 405-319-3500
Facsimile: 405-319-3509
E-mail: gdahnke@dsda.com
Attorney for Defendant

### **CERTIFICATE OF SERVICE**

    I, Amy E. Hampton, hereby certify that on this 3rd day of December, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

George W. Dahnke
Doerner, Saunders, Daniel & Anderson
105 N. Hudson Ave., Ste. 1000
Oklahoma City, OK 73102
*Attorney for Security National Ins. Co.*

        *s/Amy E. Hampton*
**AMY E. HAMPTON**

AEH/aeh